**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CELINA QUINONES and BARRIE DEMPSEY, individually and as the representatives of a class of similarly situated persons,

*Plaintiffs,*

v.

DATANYZE, LLC,

*Defendant.*

Case No.: 1:25-cv-01977-RMR-SBP

**PLAINTIFFS' SEVENTH NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Celina Quinones and Barrie Dempsey ("Plaintiffs") submit as supplemental authority in support of their Response (Doc. 27) to Defendant Datanyze LLC's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 25) the decision rendered in *Hutchings v. Lusha Systems, Inc.*, 2026 WL 3372124 (D. Colo. Nov. 6, 2026). In *Hutchings*, the Court granted in part and denied in part a motion to dismiss in a case brought pursuant to Colorado's Prevention of Telemarketing Fraud Act ("PTFA"), Colo. Rev. Stat. § 6-1-301 *et seq.* The *Hutchings* Court addressed the following: (i) Article III standing; (ii) state law and statutory standing; (iii) sufficiency of allegations regarding "knowingly" under PTFA; (iv) a First Amendment challenge; and (v) availability of class-wide statutory damages. A copy of the decision is attached as Exhibit A.

Plaintiffs respectfully submit that the decision in *Hutchings* will assist the Court in rendering a decision on the pending Motion to Dismiss.

Dated: November 9, 2026

Respectfully submitted,

Celina Quinones and Barrie Dempsey, individually and as the representatives of a class of similarly situated persons

By: */s/ Patrick J. Solberg*

Patrick J. Solberg
Brian J. Wanca
Wallace C. Solberg
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
psolberg@andersonwanca.com
bwanca@andersonwanca.com
wsolberg@andersonwanca.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 9, 2026, a true and correct copy of the foregoing Seventh Notice of Supplemental Authority was e-filed and served on all counsel of record using the Court's CM/ECF system.

*/s/ Patrick J. Solberg*